IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JEFFREY HUNTER and MARGO HUNTER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

No. 3:15-cv-0519

Judge Trauger

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties do hereby stipulate to the dismissal of this action with prejudice. All matters at issue have been settled and resolved and the parties stipulate to the entry of an order from this Court dismissing this action with prejudice.

Respectfully submitted,

/s  Benjamin E. Goldammer
James D. Kay, Jr. (#11556)
Benjamin E. Goldammer (#26328)
Michael A. Johnson (#30210)
KAY, GRIFFIN, ENKEMA, & COLBERT, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN  37201
(615) 742-4800
james.kay@kaygriffin.com
bg@kaygriffin.com
michael.johnson@kaygriffin.com
*Attorneys for the Plaintiffs*

/s John R. Wingo w/ perm. BG
John R. Wingo (#16955)
Stites & Harbison, PLLC
401 Commerce St.
Nashville, TN 37219
(615) 782-2200
john.wingo@stites.com
*Attorney for the Defendant*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion has been served via CM/ECF upon:

John R. Wingo
Stites & Harbison, PLLC
401 Commerce St.
Nashville, TN 37219

on this the 28th day of September, 2015.

/s Benjamin E. Goldammer